M. I. BERNETT, INC., Respondent, *v.* ROBERT G. BOSSERT et al., Appellants.

Submitted January 13, 1955; decided February 28, 1955.

*Milton Silver* for appellants.

*George Horowitz* and *Azreal A. Alpern* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.